IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| DEBORAH MORRIS, | * |
| Plaintiff, | * |
| v. | * Civil Case No.: SAG-25-435 |
| DONALD J. TRUMP, *et al.*, | * |
| Defendants. | * |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is this 12th day of February, 2025, ORDERED that Plaintiff's motion to proceed *in forma pauperis*, ECF 2, is DENIED, her motion for a temporary restraining order, ECF 1, is DENIED, and the Complaint is dismissed without prejudice.

The Clerk is directed to CLOSE the case.

/s/
Stephanie A. Gallagher
United States District Judge